# EXHIBIT  A

DocuSign Envelope ID: 63B90B34E-C4FB-402B-A691-DC2B3F9E519A

THIS IS A COPY
The true view of the authoritative Copy held by the designated custodian

# SUMMARY OF KEY LOAN TERMS

Hello Anthony Emberger,

We are excited to partner with MULTITASKR CONSTRUCTION, INC. to help you finance your home improvement project. Our goal is to provide you financing that is simple, affordable, and easy to understand. To this end, we have provided the key details and terms of your home improvement financing below.

**You have been approved for a loan with these terms:**

|  | Loan Amount | Promo Period APR | Promo Period Term | Promo Period Payment | Post-Promo Period APR | Post-Promo Period Term | Post-Promo Period Payment |
|---|---|---|---|---|---|---|---|
| **Requested Loan Amount** | $100,000.00 | 9.99% | 12 mos. | $0.00 | 9.99% | 108 mos. | $1,539.44 |

## *Before you proceed, please read the following language*

In the Truth in Lending Act ("TILA") Disclosure in your Loan Agreement, you will see the loan amount expressed as a *Maximum Loan Amount*. The *Maximum Loan Amount* is typically higher than the *Requested Loan Amount* shown above. The *Maximum Loan Amount* is offered in case you wish to make changes to your project that require more funds to complete.

### You *are not* obligated to take the Maximum Loan Amount stated in the TILA Disclosure.

|  | Loan Amount | Promo Period APR | Promo Period Term | Promo Period Payment | Post-Promo Period APR | Post-Promo Period Term | Post-Promo Period Payment |
|---|---|---|---|---|---|---|---|
| **Maximum Loan Amount** | $100,000.00 | 9.99% | 12 mos. | $0.00 | 9.99% | 108 mos. | $1,539.44 |

Once your project has been completed, you will receive a text alert (if you have opted in) or an email to confirm your *Final Loan Amount*, which will reflect the total cost of your project and the amount you are borrowing. An updated TILA Disclosure will be sent to you at project completion expressing the *Final Loan Amount* and the corresponding payment schedule.

The *Final Loan Amount* will be reported to the credit bureaus. We will not report the *Maximum Loan Amount* to the credit bureaus unless the Maximum Loan Amount is equal to the *Final Loan Amount* (i.e. you borrowed the full amount that you were eligible to borrow for your home improvement project).

If you have any questions or concerns, please call us at (888) 850-3359 or email us at support@sunlightfinancial.com.



**EXHIBIT A**

DocuSign Envelope ID: 38B0FB4F-C4ED-492D-AC01-0E22F9F51494

THIS IS A COPY
The review of the authoritative Copy held by the designated custodian

**Sunlight Financial**

## What Happens Next:

- Your loan will not be opened until after you authorize payment to your contractor. We will not issue payment to your contractor without your authorization.

- Your first payment will be due approximately 13 months after payment is made to your contractor. Interest will accrue daily from the day after payment is made to the contractor at an annual rate of 9.99%.

## During the Promotional Period:

- During the promotional period, interest will accrue daily at an annual rate of 9.99%, but payment of the accrued interest will be deferred until after the promotional period ends.
- If you pay off the entire principal balance during the promotional period, all deferred interest will be forgiven. There are no prepayment penalties at any time.

## After the Promotional Period:

- After the promotional period ends, any outstanding loan balance will be re-amortized over the remaining term of 108 months.

- Payments will be applied first to current interest charges, then to any owed deferred interest, and the remainder is applied to the outstanding principal balance of the loan. Because your deferred interest balance may be bigger than your monthly payment amount, one or more payments made after the promotional period may only pay a portion of the deferred interest. Such payments may be insufficient to reduce your outstanding balance.

- After the promotional period, interest will accrue at 9.99%.

## Payment Authorization:

- You have declined the ability to authorize payments via text message. When your contractor requests a payment, you will be informed by email. You can authorize the payment via email. You may also authorize a payment by texting 'PAY' to 77450.
- Once a payment is authorized, please work directly with your contractor if there is any dissatisfaction with your home improvement project.
- Sunlight Financial LLC will collect the following categories of information to complete your application for a solar or home improvement loan with one of its lending partners:
  - Personal identifiers such as a name, address, email address, telephone number, and Social Security number;
  - Commercial information such as records of property ownership and products or services purchased;
  - Employment information such as occupation, employer, and work phone number;
  - Internet or electronic network activity; and
  - Credit and financial information such as bank routing and account number, credit or debit card information, credit history, and other financial information.

  You can learn more about the information collected and how Sunlight protects your information by visiting https://sunlightfinancial.com/sunlight-privacy-policy.pdf

This information can also be found in your Loan Agreement, included within this package.

If you have any questions or concerns, please call us at (888) 850-3359 or email us at support@sunlightfinancial.com.

 Sunlight Financial®

2

**EXHIBIT A**

THIS IS A COPY
This is a view of the authoritative Copy held by the designated custodian

# PATRIOT ACT

# INFORMATION DISCLOSURE

IMPORTANT INFORMATION ABOUT PROCEDURES FOR OPENING A NEW ACCOUNT —

To help the government fight the funding of terrorism and money laundering activities, federal law requires all financial institutions to obtain, verify, and record information that identifies each person who opens an account.

What this means for you: When you open an account, we will ask for your name, address, date of birth, and other information that will allow us to identify you. We may also ask to see your driver's license or other identifying documents.

3

EXHIBIT A

DocuSign Envelope ID: 33B90BB4E-C4EB-4925-A694-CF23F9F5F19A

THIS IS A COPY

The full review of the authoritative Copy held by the designated custodian

| FACTS | WHAT DOES CROSS RIVER BANK DO WITH YOUR PERSONAL INFORMATION? Rev. 11/2018 | | |
|---|---|---|---|
| **Why?** | Financial companies choose how they share your personal information. Federal law gives consumers the right to limit some but not all sharing. Federal law also requires us to tell you how we collect, share and protect your personal information. Please read this notice carefully to understand what we do. | | |
| **What?** | The types of personal information we collect and share depend on the product or service you have with us. This information can include:<br>- Social Security number and Account balances<br>- Payment history and Transaction history<br>- Account transactions and Wire transfer instructions<br><br>When you are *no longer* our customer, we continue to share your information as described in this notice. | | |
| **How?** | All financial companies need to share customers' personal information to run their everyday business. In the section below, we list the reasons financial companies can share their customers' personal information; the reasons Cross River Bank chooses to share; and whether you can limit this sharing. | | |

| Reasons we can share your personal information | Does Cross River Bank share? | Can you limit this sharing? |
|---|---|---|
| **For our everyday business purposes--**<br>such as to process your transactions, maintain your account(s), respond to court orders and legal investigations, or report to credit bureaus | Yes | No |
| **For our marketing purposes--**<br>to offer our products and services to you | Yes | No |
| **For joint marketing with other financial companies** | Yes | No |
| **For our affiliates' everyday business purposes—**<br>information about your transactions and experiences | No | We don't share |
| **For our affiliates' everyday business purposes—**<br>information about your creditworthiness | No | We don't share |
| **For nonaffiliates to market to you** | No | We don't share |

| Questions? | Call toll-free 1-877-55CRB55 or go to www.crossriverbank.com |
|---|---|



DocuSign Envelope ID: 33B90BB4F-C4EB-4925-A691-3E23F9F6124

THIS IS A COPY
This is a copy view of the authoritative copy held by the designated custodian

| What we do | |
|---|---|
| **How does Cross River Bank protect my personal information?** | To protect your personal information from unauthorized access and use, we use security measures that comply with federal law. These measures include computer safeguards and secured files and buildings. <br><br>We also maintain other physical, electronic and procedural safeguards to protect this information and we limit access to information to those employees for whom access is appropriate. |
| **How does Cross River Bank collect my personal information?** | We collect your personal information, for example, when you <br>- Open an account or Apply for a loan <br>- Make deposits or withdrawals from your account or Provide employment information <br>- Give us your contact information <br><br>We also collect your personal information from others, such as credit bureaus, affiliates, or other companies. |
| **Why can't I limit all sharing?** | Federal law gives you the right to limit only <br>- sharing for affiliates' everyday business purposes--information about your creditworthiness <br>- affiliates from using your information to market to you <br>- sharing for nonaffiliates to market to you <br><br>State laws and individual companies may give you additional rights to limit sharing. See below for more on your rights under state law. |
| | |

| Definitions | |
|---|---|
| **Affiliates** | Companies related by common ownership or control. They can be financial and nonfinancial companies. <br>- *Cross River Bank does not share with our affiliates.* |
| **Nonaffiliates** | Companies not related by common ownership or control. They can be financial and nonfinancial companies. <br>- *Nonaffiliates we share with can include loan finance companies* |
| **Joint marketing** | A formal agreement between nonaffiliated financial companies that together market financial products or services to you. <br>- *Our joint marketing partner(s) include loan finance companies.* |

| Other important information |
|---|
| **For Alaska, Illinois, Maryland and North Dakota Customers**. We will not share personal information with nonaffiliates either for them to market to you or for joint marketing without your authorization. <br>**For California Customers**. We will not share personal information with nonaffiliates either for them to market to you or for joint marketing without your authorization. We will also limit our sharing of personal information about you with our affiliates to comply with all California privacy laws that apply to us. <br>**For Massachusetts, Mississippi and New Jersey Customers**. We will not share personal information from deposit or share relationships with nonaffiliates either for them to market to you or for joint marketing without your authorization. <br>**For Vermont Customers**. We will not disclose information about your creditworthiness to our affiliates and will not disclose your personal information, financial information, credit report, or health information to nonaffiliated third parties to market to you, other than as permitted by Vermont law, unless you authorize us to make those disclosures. Additional information concerning our privacy policies can be found at www.crossriverbank.com or call 1-877-55CRB55. |

5

EXHIBIT A

THIS IS A COPY
This is a view of the Authoritative Copy held
by the designated custodian
Rev. 01/2021

| FACTS | WHAT DOES SUNLIGHT FINANCIAL LLC DO WITH YOUR PERSONAL INFORMATION? |
|---|---|
| Why? | Financial companies choose how they share your personal information. Federal law gives consumers the right to limit some but not all sharing. Federal law also requires us to tell you how we collect, share, and protect your personal information. Please read this notice carefully to understand what we do. |
| What? | The types of personal information we collect and share depend on the product or service you have with us. This information can include: <br><br> - Social Security number and income <br> - Payment history and transaction history <br> - Credit history and credit scores |
| How? | All financial companies need to share customers' personal information to run their everyday business. In the section below, we list the reasons financial companies can share their customers' personal information; the reasons Sunlight Financial chooses to share; and whether you can limit this sharing. |

| Reasons we can share your personal information | Does Sunlight Financial share? | Can you limit this sharing? |
|---|---|---|
| **For our everyday business purposes—** <br> such as to process your transactions, maintain your account(s), respond to court orders and legal investigations, or report to credit bureaus | Yes | No |
| **For our marketing purposes—** <br> to offer our products and services to you | Yes | No |
| **For joint marketing with other financial companies** | Yes | No |
| **For our affiliates' everyday business purposes—** <br> information about your transactions and experiences | No | We don't share |
| **For our affiliates' everyday business purposes—** <br> information about your creditworthiness | No | We don't share |
| **For our affiliates to market to you** | No | We don't share |
| **For nonaffiliates to market to you** | Yes | Yes |

| To limit our sharing | ▪ Call 888-850-3359—our menu will prompt you through your choice(s). <br><br> **Please note:** <br><br> If you are a new customer, we can begin sharing your information 30 days from the date we sent this notice. When you are no longer our customer, we may continue to share your information as described in this notice. <br><br> However, you can contact us at any time to limit our sharing. |
|---|---|
| Questions? | Call 888-850-3359 or go to www.sunlightfinancial.com. |

 Sunlight Financial®

EXHIBIT A

DocuSign Envelope ID: 33B02B4E-C4FB-4925-A601-3C2E2F9F8104
THIS IS A COPY
This is a true and complete copy held by the designated custodian

| Who we are | |
|---|---|
| Who is providing this notice? | **Sunlight Financial LLC** |

| What we do | |
|---|---|
| **How does Sunlight Financial LLC protect my personal information?** | To protect your personal information from unauthorized access and use, we use security measures that comply with federal law. These measures include computer safeguards and secured files and buildings. We also maintain other physical, electronic, and procedural safeguards to protect this information and we limit access to information to those employees for whom access is appropriate. |
| **How does Sunlight Financial LLC collect my personal information?** | We collect your personal information, for example, when you<br><br>• Apply for a loan,<br>• Give us your income information,<br>• Provide account information,<br>• Pay your bills, or<br>• Give us your contact information.<br><br>We also collect your personal information from others, such as credit bureaus or other companies. |
| **Why can't I limit all sharing?** | Federal law gives you the right to limit only<br><br>• sharing for affiliates' everyday business purposes—<br>• information about your creditworthiness<br>• affiliates from using your information to market to you<br>• sharing for nonaffiliates to market to you<br><br>State laws and individual companies may give you additional rights to limit sharing. |
| **What happens when I limit sharing for an account I hold jointly with someone else?** | Your choices will apply to everyone on your account – unless you tell us otherwise. |

| Definitions | |
|---|---|
| **Affiliates** | Companies related by common ownership or control. They can be financial and nonfinancial companies.<br><br>• *Sunlight Financial has no affiliates.* |
| **Nonaffiliates** | Companies not related by common ownership or control. They can be financial and nonfinancial companies.<br><br>• *Nonaffiliates we share with may include mortgage companies, banks, credit unions and other finance companies.* |
| **Joint marketing** | A formal agreement between nonaffiliated financial companies that together market financial products or services to you.<br><br>• *Our joint marketing partners include mortgage companies, banks, credit unions and other finance companies.* |

**EXHIBIT A**

THIS IS A COPY
The original is now and authoritative Copy held by the designated custodian

**Other important information**

**California , North Dakota, and Vermont Residents:** We will not share your information with companies outside of Sunlight Financial LLC except for our everyday business purposes, which includes to service your account, or for marketing our products and services to you or with your consent.

**Vermont Residents only**: We will not disclose credit information about you within or outside Sunlight Financial LLC, except as required or permitted by law.

**Nevada Residents**: Notice provided pursuant to state law. To be placed on our internal Do Not Call List, call 888-850-3359. If you would like more information about telemarketing practices, you may contact us at Sunlight Financial LLC, 101 N. Tryon Street, Suite 1000, Charlotte, North Carolina 28246 or at support@sunlightfinancial.com. For more on this Nevada law, contact Bureau of Consumer Protection, Office of the Nevada Attorney General, 555 E. Washington St., Suite 3900, Las Vegas, NV 89101; Phone number: 1-702-486-3132; e-mail: BCPINFO@ag.state.nv.us.

Telephone Communications: All telephone communications with us or our authorized agents may be **monitored** or recorded.

* Notice provided by: Sunlight Financial LLC.

EXHIBIT A

THIS IS A COPY

This is a preview of the authoritative Copy held by the designated custodian

# PAYMENT ELECTION

You must select one of the payment options below. Your choice is voluntary, and the extension of credit is not conditioned upon your election to make automatic payments. You may change your selection at any time. If you change your selection, we may create a new Payment Election and Note for you to sign.

[ X ]  **Option One—Payment by Preauthorized EFTs**: If this box is checked, you elect to make your Scheduled monthly payments by having us initiate preauthorized electronic fund transfers ("EFTs") from your designated deposit account (the "Account") when your monthly payments are due. **YOU MUST PROVIDE A VOIDED CHECK OR FILL OUT THE FIELDS BELOW IN ORDER TO IDENTIFY THE ACCOUNT**. We may treat any replacement or substitute deposit account of yours as the "Account." You promise us that you are authorized to make payments from the Account. In the event we make an error in processing an EFT, you authorize us to initiate an EFT to or from the Account to correct the error. You agree that we may resubmit up to two times any EFT that is dishonored. We are not responsible for bank charges you may incur due to dishonored EFTs. You may cancel your election to pay by EFTs under Option One at any time. To do so, you must notify us, by phone at (888) 850-3359 or in writing at

**Cross River Bank
c/o Sunlight Financial LLC
101 N Tryon St, Suite 1000
Charlotte, NC 28246**

at least three (3) business days before the scheduled date of the next payment you would like to make by some other method.



|  |  |  |
|---|---|---|
| USAA | 314074269 | 292074557 |
| Bank Name | Routing Number | Account Number |

[    ]  **Option Two—Payment by Alternative Method:** If this box is checked, you elect NOT to make your scheduled monthly payments by having us initiate preauthorized electronic fund transfers ("EFTs") from your designated deposit account. Each month, you must mail a check to us or arrange for payment to be made in some other manner acceptable to us. Terms used in this Payment Election and not otherwise defined are defined in the Long-Term Note. **BY SIGNING BELOW, YOU ELECT OPTION ONE OR OPTION TWO AS SET FORTH ABOVE**.

Borrower 1: Anthony Emberger - 5930 LAUDER ST, SAN DIEGO, CA 92139

X    I accept these Terms and Conditions on    6/9/2022 | 1:36 PM PDT

**IF YOU HAVE ELECTED OPTION ONE AND HAVE NOT FILLED OUT THE ABOVE ACCOUNT FIELDS, PLEASE PROVIDE A VOIDED CHECK TO IDENTIFY THE ACCOUNT**

**EXHIBIT A**

DocuSign Envelope ID: 3850AB34E-C3EB-4925-A691-12832F9F5191

THIS IS A COPY
The review of the authoritative Copy held
by the designated custodian

# LOAN AGREEMENT AND PROMISSORY NOTE

DATE: 06/09/2022 | 12:59 PM EDT

BORROWER:
Anthony Emberger
5930 LAUDER ST, SAN DIEGO, CA 92139

LENDER:
Cross River Bank
400 Kelby Street, Ft. Lee,
New Jersey 07024
(855) 326-9785

CO-BORROWER:

Project Address:  5930 LAUDER ST, SAN DIEGO, CA 92139 ("Residence")
Contractor:  MULTITASKR CONSTRUCTION, INC. ("Contractor")

## TRUTH IN LENDING ACT ("TILA") DISCLOSURES

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate. | FINANCE CHARGE (e) The dollar amount the credit will cost you. | AMOUNT FINANCED (e) The amount of credit provided to you or on your behalf. | TOTAL OF PAYMENTS (e) The amount you will have paid after you have made all payments as scheduled. |
|---|---|---|---|
| **9.99%** | **$66,259.52** | **$100,000.00** | **$166,259.52** |

## YOUR PAYMENT SCHEDULE WILL BE

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS (e) | WHEN PAYMENTS ARE DUE |
|---|---|---|
| 108 | $1,539.44 | Monthly beginning approximately 13 months after the 1st draw for a total of 108 months |

(e) means an estimate

**Late Charge:** If payment is late, Borrower will be charged the greater of 5% of the scheduled payment or $25, to the extent permitted by applicable law.

**Prepayments:** If Borrower pays the loan off early, Borrower will not have to pay a penalty.

**Security Interest:** To the extent permitted by applicable law, Borrower hereby grants Lender a security interest in any and all Collateral (defined herein).

**Additional Information:** See this Loan Agreement and Promissory Note ("Note") for additional information about nonpayment, default, and any required payment in full before the scheduled date.

10

**EXHIBIT A**

DocuSign Envelope ID: 3ED4EB4E-C3EB-492B-A691-12832F9F5191

THIS IS A COPY
This is a view of a non-authoritative Copy held by the designated custodian

## LOAN AGREEMENT AND PROMISSORY NOTE

**Estimates:** All numerical calculations, except for the Late Charge and Returned Check Charge, and statements regarding payment amounts and due dates are estimates. Borrower understands that this disclosure assumes that the first and only draw will be made in an amount equal to the Amount Financed on the date the Loan is originated.  The actual payments may be less than the amounts stated above if the Lender disburses less than the Amount Financed to the Contractor on behalf of the Borrower.

**Contractor**: The Project Balance will be paid in at least one (1) and no more than three (3) draws to the contractor named above who is responsible for completing the home improvement project at the address listed as the Project Address on page one (1) of the Note  and referred to as the "Residence."  Not all Contractors or project types will be eligible for multiple draws.

**Amount Financed**: The Amount Financed reflects the maximum amount that the Borrower is eligible to borrow under this Loan.  The Payment Schedule reflects the Amount Financed at the applicable Annual Percentage Rate and Finance Charge.  The actual payments due will be based on the actual amount disbursed by Lender to Contractor ("Project Balance"), which must be less than or equal to the Amount Financed.

**Returned Check Charge:** $25 for each payment returned for any reason.

### ITEMIZATION OF AMOUNT FINANCED

| Amount Financed/Gross Amount Due to Contractor | $100,000.00 |
|---|---|

1.     **Promise to Pay.**  In return for the home improvement loan made to Borrower (the "Loan"), Borrower promises to pay Lender that portion of the principal sum disclosed in the Amount Financed that was actually disbursed by Lender to Contractor for the benefit of Borrower, together with interest to accrue commencing on the date of the first draw at an annual interest rate of 9.99% for a period of 108 months.  Borrower understands that references in this Note to the Lender shall also include any person to whom the Lender transfers this Note.

**Under this Note, Borrower will not be required to make any minimum monthly payments during an initial promotional period beginning on the date of the first draw ("Promotional Period"), followed by 108 equal amortized payments of principal and interest based on the outstanding Project Balance at the end of the Promotional Period. Borrower understands that the interest will accrue during the Promotional Period at 9.99% annually.  Borrower understands that the interest rate stated in this Note is fixed for the life of the Loan. See Payment Schedule above.**

2.     **Interest.** Interest will accrue during the Promotional Period, starting on the day after the Loan is funded, but interest payments will be deferred until after the Promotional Period.  Interest will be charged on the unpaid Project Balance until the full amount of the Project Balance has been paid. If the Loan is paid in full before the conclusion of the Promotional Period, no interest will be due on the Loan.  Interest under this Note will accrue daily, on the basis of a 360-day year with

11

EXHIBIT A

DocuSign Envelope ID: 28C40B54F-C25B-4025-A694-12B62F9F5494

THIS IS A COPY
The review of which is the authoritative Copy held by the designated custodian

## LOAN AGREEMENT AND PROMISSORY NOTE

twelve (12) months, each of which is 30 days (or 30/360) long, regardless if a month has more or less than 30 days, starting on the day after the first draw. Borrower will pay the same interest rate before and after any default. The monthly interest rate for this Loan is 0.8325%, which will accrue daily assuming a 30-day month and 360-day year.

**3.      Draw Period.** The Draw Period begins on the date credit is approved and ends 11/30/2022. The number of draws permitted under the Loan will depend on the Contractor and/or the project type.  The number of draws will determine when repayment of the loan begins.  No draws can be made until this Note is signed.  All draws by the Contractor must be taken before the Draw Period ends.  Borrower understands that if Borrower needs additional funds after the end of the Draw Period or in addition to the Amount Financed, Borrower will need to obtain further credit approval for the additional amount requested.

**4.      Payments, Prepayments, Possible Change in Payment Schedule**. Borrower will pay the principal, interest, and any late charges or other fees on this Note when due. If the Contractor is paid in more than one (1) draw, then Borrower's payments will begin approximately fifteen (15) months after the first draw is funded.  This Note is payable in 108 monthly installments. Unless the Lender otherwise agrees, a partial prepayment will not affect the amount or timing of subsequent monthly payments, but may affect the amount and timing of the last payment.

**Borrower may prepay the unpaid Project Balance in whole or in part at any time.**

**5.      Payment Application.** During the Promotional Period, payments will be applied first to outstanding charges then to the unpaid Project Balance. After the Promotional Period, payments will be applied first to outstanding charges, then to current accrued interest, then to accrued but unpaid interest, then to the unpaid Project Balance.

**6.      Late Charge**. If the full amount of any monthly payment is not made by its due date, Borrower will pay the Lender a late charge of the greater of $25 or 5.00% of the scheduled payment to the extent permitted by applicable law.  Borrower will pay this late charge when it is assessed but only once on each late payment.

**7.      Insufficient Funds Charge**. If Borrower attempts to make a payment, whether by automated withdrawal from his/her designated account or by other means, and the payment cannot be made due to (i) insufficient funds in Borrower's account, (ii) the closure, change or inaccessibility of Borrower's account without Borrower having notified the Lender as provided in the Method of Payment Paragraph, or (iii) for any other reason (other than an error by the Lender), Borrower will pay the Lender an additional fee of $25 for each returned or failed withdrawal or other item, unless prohibited by applicable law. Borrower will pay this fee when it is assessed.

**8.      Security Interest**.  To the extent permitted by applicable law, Borrower grants the Lender a first priority purchase-money security interest in and assigns to the Lender as collateral under this Note the property purchased with the proceeds of this Loan (the "Collateral").  Borrower agrees that the Lender's security interest is a security interest in personal property or a fixture and not a security interest in real property. Borrower understands that the Lender may make a fixture filing covering the Collateral. Borrower further understands and agrees that, at Lender's election, Lender may enforce rights in the Collateral under the Uniform Commercial Code and/or under

DocuSign Envelope ID: ...

THIS IS A COPY
The review or replica authoritative Copy held by the designated custodian

### LOAN AGREEMENT AND PROMISSORY NOTE

state real estate or mortgage law.

**9.     Claims and Defenses; Waiver of Defenses; Exception to Waiver**. Except as otherwise provided in this Note or by applicable law, the Lender is not responsible or liable to Borrower for the quality, safety, legality, or any other aspect of the Collateral. If Borrower has a dispute with any person from whom Borrower has purchased such property or services, Borrower agrees to settle the dispute directly with that person.

If and only if the proceeds of Borrower's Loan will be applied in whole or in part to purchase property or services from a person or entity that (i) refers consumers to Lender or Sunlight Financial LLC, or (ii) is affiliated with Lender or Sunlight Financial LLC by common control, contract, or business arrangement and has entered into a contractual relationship with the Lender or Sunlight Financial LLC ("Sunlight"), then the following notice applies:

**NOTICE**

**ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE DEBTOR COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE DEBTOR SHALL NOT EXCEED AMOUNTS PAID BY THE DEBTOR HEREUNDER.**

**10.     Notice of Cancellation**. Borrower represents that the Contractor has explained each Borrower's right to cancel and has provided a filled-in written Notice of Cancellation.  This Note includes two (2) copies of the Notice of Cancellation. Any Notice of Cancellation and any additional notice of right to cancel provided in the sales contract for an in-home sale, as well as any accompanying addendum provided to Borrower, are incorporated herein by reference, and unless any Borrower exercises the right to cancel, Lender agrees to pay the Amount Financed to Contractor upon receipt of a transaction authorization.

**11.     Method of Payment**. Borrower may make payments (i) by electronic fund transfer from an account that Borrower designates using an automated clearinghouse (ACH) transaction, or (ii) by check or money order.

Borrower will make all checks payable to **Cross River Bank, c/o Sunlight Financial LLC, at 101 N Tryon St, Suite 1000, Charlotte, NC 28246** in a manner so as to ensure that it is received with sufficient time to process prior to his/her scheduled payment due date. To ensure efficient processing of his/her check, Borrower will reference his/her loan number on the check.

Borrower recognizes that if he/she has automated withdrawal enabled, it is his/her responsibility to ensure that all amounts Borrower owes are paid when due, even if not debited from his/her account.

If Borrower closes his/her account or if the account changes or is otherwise inaccessible such that Lender is unable to withdraw payments from that account or process Borrower's check, Borrower will notify Lender at least three (3) business days prior to any such closure, change or inaccessibility of Borrower's account, and authorize Lender to withdraw Borrower's payments, or

13

**EXHIBIT A**

DocuSign Envelope ID: 380A0BB4E-C3EB-492B-A69A-12832F9E5194

THIS IS A COPY
The review or original Authoritative Copy held by the designated custodian

## LOAN AGREEMENT AND PROMISSORY NOTE

Borrower will provide a check, from another account that Borrower designates.

With regard to payments made by automatic withdrawals from Borrower's account, Borrower has the right to (i) stop payment of a preauthorized automatic withdrawal, or (ii) revoke his/her prior authorization for automatic withdrawals with regard to all further payments under this Note, by notifying the financial institution where Borrower's account is held, orally or in writing at least three (3) business days before the scheduled date of the transfer. Borrower agrees to notify Lender orally or in writing, at least three (3) business days before the scheduled date of the transfer, of the exercise of his/her right to stop a payment or to revoke Borrower's prior authorization for further automatic withdrawals.

**12.    Events of Default:** Subject to applicable law, Borrower will be in default under this Note upon the occurrence of any of the following events: (1) Borrower fails to make any payment under this Note in full within ten (10) days after the payment due date; (2) Borrower fails to perform or violates any material obligation in this Note; (3) any representation or warranty made by Borrower in this Note or any statement made by Borrower in his/her application for this Loan proves to have been false or misleading in any material respect when made; (4) Borrower fails to advise Lender of any material adverse development in his/her creditworthiness from the time of the application to the date of this Note; (5) Borrower attempts to assign or transfer this Note; (6) Borrower's estate fails to acknowledge its obligations under this Note upon Lender's request after Borrower's death, in a written document acceptable to Lender in its reasonable discretion; (7) Borrower makes an assignment or any general arrangement for the benefit of creditors; has a liquidator, administrator, receiver, trustee, conservator or similar official appointed for Borrower or his/her property; files a petition or otherwise commences, authorizes or acquiesces in the commencement of a proceeding or cause of action under any bankruptcy or similar law for the protection of creditors; or has such a petition filed against Borrower and such petition is not withdrawn or dismissed for twenty (20) business days after such filing; or (8) Borrower otherwise becomes bankrupt or insolvent (however evidenced) or is unable to pay his/her debts as they fall due. Despite the foregoing, if the Residence is in Massachusetts, Borrower will only be in default if Borrower fails to make any payment under this Note in full within ten (10) days after the payment due date or Lender reasonably believes the value of the Collateral has been impaired.

**13.    Acceleration; Default Remedies:** Subject to applicable law (including any notice, cure and/or redemption rights provided by applicable law), upon any default, Lender may: (1) declare immediately due and payable the entire unpaid Project Balance, plus accrued and unpaid interest and any other amounts lawfully due hereunder (or choose not to "accelerate" this Note in such manner); (2) disable, repossess and/or otherwise remove the Collateral; (3) sell or otherwise dispose of any Collateral; (4) initiate a collection action against Borrower; (5) recover Lender's costs of repossession, storage and collection; and (6) exercise any other rights provided by this Note or applicable law.

Except as prohibited by applicable law, interest will continue to accrue after maturity or acceleration of this Note (and after any judgment) at the Daily Rate. Any waiver of Lender's rights must be in writing, and any waiver of any default will not constitute a waiver of any subsequent or continuing default.

**14.    Attorneys' Fees.** To the extent permitted by law, if Lender obtains a judgment against

14

EXHIBIT A

DocuSign Envelope ID: 3B50BB4E-C2EF-492B-A694-1B8E2F9F5494

THIS IS A COPY
The review of the authoritative Copy held by the designated custodian

## LOAN AGREEMENT AND PROMISSORY NOTE

Borrower after an event of default involving payment delinquency of at least ten (10) days, Borrower is liable to the Lender for its legal costs if the Lender refers collection of Borrower's Loan to a lawyer who is not its salaried employee. These costs may include reasonable attorneys' fees as well as costs and expenses of any legal action.

15.    **Assignment**. Borrower may not assign any of his/her obligations under this Note without the Lender's written permission. The Lender may assign this Note at any time without Borrower's permission. Unless prohibited by applicable law, the Lender may do so without telling Borrower. Borrower's obligations under this Note apply to all of his/her heirs and permitted assigns. The Lender's rights under this Note apply to each of its successors and assigns.

16.    **Notices**. All notices and other communications hereunder shall be given in writing and shall be deemed to have been duly given and effective (i) upon receipt, if delivered in person, by facsimile, email or other electronic transmission, or by first class postal service, or (ii) one (1) day after deposit prepaid for overnight delivery with a national overnight express delivery service. Except as expressly provided otherwise in this Note, notices to Borrower may be addressed to his/her email address or to the Borrower's address set forth above unless Borrower provides the Lender with a different address for notice by giving notice pursuant to this Paragraph, and notices to the Lender must be addressed to **Cross River Bank, c/o Sunlight Financial LLC, at 101 N Tryon St, Suite 1000, Charlotte, NC 28246.**

17.    **Governing Law.  This Note is governed by federal law and, to the extent that state law applies, the laws of the State of New Jersey.** In the event of default and collection or repossession, and if the Collateral is located outside of New Jersey, any action to collect what Borrower owes will be governed by the law of the state of the Residence.

18.    **Entire Agreement:** This Note constitutes the entire agreement of the parties relating to the Loan. This Note replaces any earlier contract of a similar nature. No oral modification is valid.

19.    **Notice and Cure**: Prior to initiating a lawsuit or arbitration regarding a legal dispute or claim relating in any way to this Note, the Collateral or the work performed by Contractor (as more fully defined in the Arbitration Provision set forth herein, a "Claim"), the party asserting the Claim (the "Complaining Party") shall give the other party (the "Defending Party") written notice of the Claim (a "Claim Notice") and a reasonable opportunity, not less than 30 days, to resolve the Claim. If Lender is the Complaining Party, Lender will send the Claim Notice to Borrower at the address appearing in Lender's records or, if Lender knows that Borrower is represented by an attorney, to the Borrower's attorney at his/her office address. A Claim Notice to Borrower may be in the form of a collection letter. Any Claim Notice to Lender shall be sent by certified mail, return receipt requested, to Lender at **Cross River Bank, c/o Sunlight Financial LLC, at 101 N Tryon St, Suite 1000, Charlotte, NC 28246** (such address, or any subsequent address Lender gives Borrower notice of, the "Notice Address"), Attn: Claim Notice.  Lender will credit or reimburse Borrower for the documented cost of the certified mail. Any Claim Notice Borrower sends must provide Borrower's name, mailing address and telephone number. Any Claim Notice must explain the nature of the Claim and the relief that is demanded. The Complaining Party must reasonably cooperate in providing any information about the Claim that the Defending Party reasonably requests.

DocuSign Envelope ID: 38D0B54E-C95B-4925-A691-13832F9F5191

THIS IS A COPY
The review of the authoritative Copy held by the designated custodian

## LOAN AGREEMENT AND PROMISSORY NOTE

**20.    Credit Reporting**: Borrower authorizes Lender to make inquiries concerning his/her credit history and standing. Lender may report information about Borrower's performance under this Note to credit bureaus (and other parties). **As required by law, Borrower understands that a negative credit report reflecting on his/her credit record may be submitted to a credit reporting agency if Borrower fails to fulfill the terms of his/her credit obligations as set forth in this Note. Late payments, missed payments, or other defaults on this Note may be reflected in Borrower's credit report.**

If Borrower believes that any information about this Note that Lender has furnished to a consumer reporting agency is inaccurate, or if Borrower believes that he/she has been the victim of identity theft in connection with any Note made by Lender, Borrower will write to Lender at the Notice Address, Attn: Reporting Error. In the letter, Borrower should: (1) provide his/her name, mailing address and phone number; (2) identify the specific information that is being disputed; (3) explain the basis for the dispute; and (4) provide any supporting documentation that substantiates the basis of the dispute. If Borrower believes that he/she has been the victim of identity theft, Borrower should submit an identity theft affidavit, identity theft report, or similar documentation.

**21.    Truthfulness of Application**: Borrower represents that every statement made in the application for this Loan is true, complete and correct, and that Borrower has attained the age of majority and is legally competent to execute this Agreement in the state in which the Residence is located.

**22.    Contacting Borrower; Phone and Text Messages**. To the extent permitted by applicable law, Borrower authorizes Lender and its affiliates, agents, assigns and service providers (collectively, the "Messaging Parties") to contact Borrower using automatic telephone dialing systems, artificial or prerecorded voice message systems, text messaging systems and automated email systems in order to provide Borrower with information about this Note, including information about upcoming payment due dates, missed payments and returned payments. Borrower understands that, at any time, Borrower may withdraw his/her consent to receive text messages and calls to his/her cell phone or to receive artificial or prerecorded voice message system calls by calling the Messaging Parties at (888) 850-3359. To stop text messages, Borrower can also simply reply "STOP" to any text message the Messaging Parties sends. To stop emails, Borrower can follow the opt-out instructions included at the bottom of the Messaging Parties' emails.

Borrower authorizes the Messaging Parties to make such contacts using any telephone numbers (including wireless, landline and VOIP numbers) or email addresses Borrower has supplied to the Messaging Parties in connection with the application and/or the Note, the Messaging Parties' servicing and/or collection of amounts Borrower owes under this Note or any other matter.

Borrower understands that anyone with access to his/her telephone or email account may listen to or read the messages the Messaging Parties leave or send Borrower, and Borrower agrees that the Messaging Parties will have no liability for anyone accessing such messages. Borrower further understands that, when he/she receives a telephone call, text message or email, Borrower may incur a charge from the company that provides Borrower with telecommunications, wireless and/or Internet services, and Borrower agrees that the Messaging Parties will have no liability for such charges except to the extent required by applicable law.

16

EXHIBIT A

DocuSign Envelope ID: 2804BB4E-C95E-492D-A89A-12832F9F5494

THIS IS A COPY
The review of an authoritative Copy held
by the designated custodian

## LOAN AGREEMENT AND PROMISSORY NOTE

Borrower expressly authorizes the Messaging Parties to monitor and record his/her calls with the Messaging Parties.

**23.    Bankruptcy**: Borrower represents that he/she is not contemplating bankruptcy and that Borrower has not consulted with an attorney regarding bankruptcy in the past six (6) months. Any communication with Lender required or permitted under the Federal Bankruptcy Code must be in writing, must include Borrower's Loan number, and must be sent to Lender at the Notice Address, Attn: Bankruptcy Notice.

**24.    Electronic Transactions**. THIS NOTE INCLUDES BORROWER'S EXPRESS CONSENT TO RECEIVE ELECTRONIC TRANSACTIONS AND DISCLOSURES, WHICH CONSENT WAS PROVIDED AS PART OF THE BORROWER'S LOAN APPLICATION AND THE TERMS AND CONDITIONS OF WHICH ARE EXPRESSLY INCORPORATED HEREIN IN THEIR ENTIRETY.

**25.    Loan Charges**. If a law that applies to Borrower's Loan and sets maximum loan charges is finally interpreted so that the interest or other loan charges collected or to be collected in connection with the Loan exceed the permitted limits, then: (a) any such loan charge shall be reduced by the amount necessary to reduce the charge to the permitted limit; and (b) any sums already collected from Borrower that exceeded permitted limits will be refunded to Borrower. Lender may choose to make this refund by reducing the principal owed by Borrower under this Note or by making a direct payment to Borrower.

**26.    ARBITRATION PROVISION: BORROWER HAS READ THIS PROVISION CAREFULLY AND UNDERSTANDS THAT IT LIMITS BORROWER'S RIGHTS IN THE EVENT OF A DISPUTE BETWEEN THE LENDER AND BORROWER. BORROWER UNDERSTANDS THAT HE/SHE HAS THE RIGHT TO REJECT THIS ARBITRATION PROVISION, AS PROVIDED IN PARAGRAPH (i) BELOW.**

(a) In this Arbitration Provision:

(i) "Borrower" means the promisor under this Note, as well as any person claiming through such promisor;

(ii) "Lender" means Cross River Bank, any person servicing this Note for Cross River Bank, any subsequent holders of this Note or any interest in this Note, any person servicing this Note for such subsequent holder of this note, and each of their respective parents, subsidiaries, affiliates, predecessors, successors, and assigns, as well as the officers, directors, and employees of each of them; and

(iii) "Claim" means any dispute, claim, or controversy (whether based on contract, tort, intentional tort, constitution, statute, ordinance, common law, or equity, whether pre-existing, present, or future, and whether seeking monetary, injunctive, declaratory, or any other relief) arising from or relating to this Note or the relationship between Lender and Borrower (including claims arising prior to or after the date of the Note, and claims that are currently the subject of purported class action litigation in which Borrower is not a member of a certified class), and includes claims that are brought as counterclaims, cross claims, third party claims

DocuSign Envelope ID: 3BD0B54E-C95E-4925-A691-1A832F9F5191

THIS IS A COPY
The review or other authoritative Copy held by the designated custodian

## LOAN AGREEMENT AND PROMISSORY NOTE

or otherwise, as well as disputes about the validity or enforceability of this Note or the validity or enforceability of this Section.

(b) Any Claim shall be resolved, upon the election of either Lender or Borrower, by binding arbitration administered by the American Arbitration Association or JAMS, under the applicable arbitration rules of the administrator in effect at the time a Claim is filed ("Rules"). **Any arbitration under the Arbitration Provision will take place on an individual, non-representative basis; class arbitrations, class actions, and other representative proceedings are not permitted.** If Borrower files a claim, Borrower may choose the administrator; if Lender files a claim, Lender may choose the administrator, but Lender agrees to change to the other permitted administrator at Borrower's request (assuming that the other administrator is available). Borrower can obtain the Rules and other information about initiating arbitration by contacting the American Arbitration Association at 1633 Broadway, 10th Floor, New York, NY 10019, www.adr.org; or by contacting JAMS at 1920 Main Street, Suite 300, Irvine, CA 92614, (949) 224-1810, www.jamsadr.com. Lender's address for serving any arbitration demand or claim is **Cross River Bank, c/o Sunlight Financial LLC, at 101 N Tryon St, Suite 1000, Charlotte, NC 28246.**

(c) Claims will be arbitrated by a single, neutral arbitrator, who shall be a retired judge or a lawyer with at least ten (10) years' experience. Lender agrees not to invoke its rights to elect arbitration of an individual Claim filed by Borrower in a small claims or similar court (if any), so long as the Claim is pending on an individual basis only in such court.

(d) Lender will pay all filing, administrative, and hearing fees required of Lender under the applicable arbitration rules. To the extent that the applicable arbitration rules impose fees on Borrower, Lender will temporarily advance to Borrower any filing, administrative, and hearing fees for the arbitration of Borrower's claim against Lender (but not if the claim is against Borrower) in excess of any filing fee Borrower would have been required to pay to file such a claim in state or federal court (whichever is less) in the judicial district in which Borrower resides. If an arbitrator issues an award in Lender's favor, Borrower will not be required to reimburse Lender for any fees Lender has previously paid to the administrator or for which Lender is responsible. If Borrower receives an award from the arbitrator, Lender will reimburse Borrower for any fees paid by Borrower to the administrator or arbitrator. Each party shall bear its own attorney's, expert's and witness fees, which shall not be considered costs of arbitration; however, if a statute gives Borrower the right to recover these fees, or fees paid to the administrator or arbitrator, then these statutory rights will apply in arbitration.

(e) Any in-person arbitration hearing will be held in the city with the federal district court closest to the Residence, or in such other location as Lender and Borrower may mutually agree. The arbitrator shall apply applicable substantive law consistent with the Federal Arbitration Act, 9 U.S.C. § 1-16, and, if requested by either party, provide written reasoned findings of fact and conclusions of law. The arbitrator shall have the power to award any relief authorized under applicable law. Any appropriate court may enter judgment upon the arbitrator's award. The arbitrator's decision will be final and binding except that: (1) any party may exercise any appeal right under the FAA; and (2) any party may appeal any award relating to a claim for more than $100,000 to a three (3) arbitrator panel appointed by the administrator, which will reconsider de

DocuSign Envelope ID: 38C0EB4E-C3EF-4935-A691-18B32F9E5194

THIS IS A COPY

The review of this authoritative Copy held by the designated custodian

## LOAN AGREEMENT AND PROMISSORY NOTE

novo any aspect of the appealed award. The panel's decision will be final and binding, except for any appeal right under the FAA. Unless applicable law provides otherwise, the appealing party will pay the appeal's cost, regardless of its outcome. However, Lender will consider any reasonable written request by Borrower for Lender to bear the cost.

(f) **BORROWER AND LENDER AGREE THAT EACH MAY BRING CLAIMS AGAINST THE OTHER ONLY IN THEIR INDIVIDUAL CAPACITY, AND NOT AS A PLAINTIFF OR CLASS MEMBER IN ANY PURPORTED CLASS OR REPRESENTATIVE PROCEEDING.**

Further, unless both Borrower and Lender agree otherwise in writing, the arbitrator may not consolidate more than one (1) person's claims. The arbitrator shall have no power to arbitrate any Claims on a class action basis or Claims brought in a purported representative capacity on behalf of the general public, other borrowers, or other persons similarly situated. The validity and effect of this paragraph (f) shall be determined exclusively by a court, and not by the administrator or any arbitrator.

(g) If any portion of this Arbitration Provision is deemed invalid or unenforceable for any reason, it shall not invalidate the remaining portions of this section. However, if paragraph (f) of this Arbitration Provision is deemed invalid or unenforceable in whole or in part, then this entire Arbitration Provision shall be deemed invalid and unenforceable. The terms of this Arbitration Provision will prevail if there is any conflict between the Rules and this section.

(h) **BORROWER AND LENDER AGREE THAT, BY ENTERING INTO THIS NOTE, THE PARTIES ARE EACH WAIVING THE RIGHT TO A TRIAL BY JURY, INCLUDING FOR STATUTORY CLAIMS, OR TO PARTICIPATE IN A CLASS ACTION. BORROWER AND LENDER ACKNOWLEDGE THAT ARBITRATION WILL LIMIT THEIR LEGAL RIGHTS, INCLUDING THE RIGHT TO PARTICIPATE IN A CLASS ACTION, THE RIGHT TO A JURY TRIAL, THE RIGHT TO CONDUCT FULL DISCOVERY, AND THE RIGHT TO APPEAL (EXCEPT AS PERMITTED IN PARAGRAPH (e) OR UNDER THE FEDERAL ARBITRATION ACT).**

(i) Borrower understands that Borrower may reject the provisions of this Arbitration Provision, in which case neither Borrower nor Lender will have the right to elect arbitration. Rejection of this Arbitration Provision will not affect the remaining parts of this Note. To reject this Arbitration Provision, Borrower must send Lender written notice of his/her rejection within 30 days after the date that this Note was made. Borrower must include his/her name, address, and account number. The notice of rejection must be mailed to Lender. This is the only way that Borrower can reject this Arbitration Provision.

(j) Borrower and Lender acknowledge and agree that the Arbitration Provision is made pursuant to a transaction involving interstate commerce, and thus the Federal Arbitration Act shall govern the interpretation and enforcement of this Arbitration Provision. This Arbitration Provision shall survive the termination of this Note and the repayment of any or all amounts borrowed thereunder.

DocuSign Envelope ID: 3850AB94E-C95E-4935-A591-1B832F9E5191

THIS IS A COPY
This is a true view of the Authoritative Copy held by the designated custodian

## LOAN AGREEMENT AND PROMISSORY NOTE

(k) This Arbitration Provision shall not apply to Covered Borrowers as defined in the Military Lending Act ("MLA").

**27.    Military Lending Act.** The MLA (10 U.S.C. §987) provides important protections to members of the Armed Forces and their dependents relating to extensions of consumer credit. In general, the cost of consumer credit to a member of the Armed Forces and his or her dependent may not exceed an annual percentage rate of 36 percent. This rate must include, as applicable to the credit transaction or account: the costs associated with credit insurance premiums; fees for ancillary products sold in connection with the credit transaction; any application fee charged (other than certain application fees for specified credit transactions or accounts); and any participation fee charged (other than certain participation fees for a credit card account).  If Borrower is a Covered Borrower under the MLA, Borrower may call Sunlight at (888) 850-3359 to hear important information about the MLA and his/her account.

If Borrower is a "covered borrower" as defined by 32 C.F.R. § 232.3 (a "Covered Borrower"), then the Arbitration Provision does not apply, nor do any provisions that waive any right to legal recourse under any state or federal law, for as long as such Borrower continues to be a Covered Borrower.  Notwithstanding any other provision of this Note, if Borrower is Covered Borrower, then nothing in this Note shall be construed as applying to such Borrower to the extent inconsistent with the MLA, including without limitation any interest, fees, or limitations on such Borrower's rights that would not be consistent with the MLA.

**28.    Insurance:**  Borrower covenants and agrees that from the date of this Note and at all times until the Loan is paid in full, Borrower will maintain insurance of a type and in an amount sufficient to cover the replacement cost of all Collateral.  This insurance coverage may be provided by any insurer of Borrower's choice who is authorized by law to provide such coverage.

**29.    State Law Disclosures:**

*Alabama Residents: CAUTION – IT IS IMPORTANT THAT BORROWER THOROUGHLY READ THE CONTRACT BEFORE BORROWER SIGNS IT.*

*If Borrower attempts to make a payment, whether by automated withdrawal from his/her designated account or by other means, and the payment cannot be made due to (i) insufficient funds in Borrower's account, (ii) the closure, change or inaccessibility of Borrower's account without Borrower having notified Lender as provided in the Method of Payment Paragraph, or (iii) for any other reason (other than an error by Lender), Borrower will pay Lender an additional fee of $15 for each returned or failed automated withdrawal or other item, unless prohibited by applicable law. Borrower will pay this fee when it is assessed.*

The Alabama license or privilege tax required by law in the amount of $150.00 has been paid or will be paid directly to the Department of Revenue. **The Alabama license or privilege tax will be paid only if the Residence is in Alabama.**

*Arizona Residents*: Notice: Borrower may request that the initial disclosures prescribed in the Truth in Lending Act (15 United States Code §§ 1601 through 1666j) be provided in Spanish before signing any loan documents.

DocuSign Envelope ID: 3BD4B54E-C3EB-493D-A694-13B32F9F5104

THIS IS A COPY
The review or printing of the authoritative Copy held by the designated custodian

# LOAN AGREEMENT AND PROMISSORY NOTE

Aviso: Puede solicitar que las divulgaciones iniciales prescritas en la Ley de Prestamos Auténticos (Código Estados Unidos 15, S S, de 1601 hasta 1666j) sean provistas en Español antes de la firma de cualquier documento de préstamo.

*Arkansas Residents*: Borrower's obligation for attorneys' fees will be limited to ten percent (10%) of the amount of principal due, plus accrued interest, for services actually rendered.

*California Residents:* Borrower has the right to prohibit the use of information contained in his/her credit file in connection with transactions not initiated by Borrower. Borrower may exercise this right by notifying the consumer credit reporting agency. A married applicant may apply for a separate account. If Lender takes any adverse action as defined by Section 1785.3 of the California Civil Code and the adverse action is based, in whole or in part, on any information contained in a consumer credit report, Borrower has the right to obtain within sixty (60) days a free copy of Borrower's consumer credit report from the consumer reporting agency which furnished Borrower's consumer credit report and from any other consumer credit reporting agency which compiles and maintains files on consumers on a nationwide basis. Borrower has the right as described by Section 1785.16 of the California Civil Code to dispute the accuracy or completeness of any information in a consumer credit report furnished by the consumer credit reporting agency.

(AVISO PARA LOS QUE RESIDEN EN CALIFORNIA): SI SU PRÉSTAMO FUÉ NEGOCIADO PRIMERAMENTE EN ESPAÑOL, ESTAMOS OBLIGADOS A PRESENTARLE UNA TRADUCCIÓN EN ESPAÑOL DE LAS DISPOSICIONES REQUERIDAS POR LA REGULACIÓN FEDERAL Z, 12C.F.R. APARTADO 1026.

*Colorado Residents:* Borrower's obligation for attorneys' fees will be limited to fifteen percent (15%) of the amount due and payable on this Note when Lender refers this Note to an attorney for collection, or such additional fees as may be directed by a court.

*Connecticut Residents*: **THIS INSTRUMENT IS BASED UPON A HOME SOLICITATION SALE, WHICH SALE IS SUBJECT TO THE PROVISIONS OF THE HOME SOLICITATION SALES ACT. THIS INSTRUMENT IS NOT NEGOTIABLE.**

Borrower's obligation for attorneys' fees will be limited to fifteen percent (15%) of the amount due and payable on this Note when Lender refers this Note to an attorney for collection (or 15% of the amount of any judgment Lender obtains if the cash price of the Collateral exceeds $50,000).

*Connecticut, Georgia, Illinois, Iowa, Nebraska, New Jersey, Ohio and Virginia Residents:* If Borrower attempts to make a payment, whether by automated withdrawal from his/her designated account or by other means, and the payment cannot be made due to (i) insufficient funds in Borrower's account, (ii) the closure, change or inaccessibility of Borrower's account without the Borrower having notified the Lender as provided in the Method of Payment Paragraph above, or (iii) for any other reason (other than an error by Lender), Borrower will pay Lender an additional fee of $20 for each returned or failed automated withdrawal or other item, unless prohibited by applicable law. Borrower will pay this fee when it is assessed.

DocuSign Envelope ID: 3BD4BB4F-C9EF-492B-A694-13B32F9F5191

THIS IS A COPY
The view of a legal Equitative Copy held by the designated custodian

## LOAN AGREEMENT AND PROMISSORY NOTE

*District of Columbia Residents:* (1) Borrower's obligation for attorneys' fees will not exceed 10% of the amount found due in a foreclosure proceeding if the amount financed is $25,000 or less and the interest rate is greater than 6% per annum, or 15% of the unpaid balance for all other loans. (2) If this agreement was solicited at or near Borrower's Residence and Borrower does not want the goods or services, Borrower may cancel this agreement by mailing a notice to the Lender. The notice must say that Borrower does not want the goods or services and must be mailed before midnight of the third business day after Borrower signed this Note. The notice must be mailed to: **Cross River Bank, c/o Sunlight Financial LLC, at 101 N Tryon St, Suite 1000, Charlotte, NC 28246**.

*Florida Residents:* Florida documentary stamp tax required by law in the amount of $350.00 has been paid or will be paid directly to the Department of Revenue. Certificate of Registration No. 78-8017218158-2. **The Florida documentary stamp tax will be paid only if the Residence is in Florida.**

*Illinois Residents*: If Borrower pledges this Note as security for an obligation Borrower incurs, the following applies: This instrument is non-negotiable in form but may be pledged as collateral security. If so pledged, any payment made to the Lender, either of principal or of interest, upon the debt evidenced by this obligation, shall be considered and construed as a payment on this instrument, the same as though it were still in the possession and under the control of the Lender named herein; and the Borrower holding this instrument as collateral security hereby makes said Lender its agent to accept and receive payments hereon, either of principal or of interest.

*Iowa Residents*: **THIS IS A CONSUMER CREDIT TRANSACTION.** Borrower will not be required to pay attorneys' fees or collection costs. We will only consider you in default for other than non-payment if the prospect of payment, performance or our realization of the Collateral is materially impaired.

*Iowa, Missouri and Nebraska Residents*: ORAL AGREEMENTS OR COMMITMENTS TO LOAN MONEY, EXTEND CREDIT OR TO FORBEAR FROM ENFORCING REPAYMENT OF A DEBT INCLUDING AGREEMENTS TO EXTEND OR RENEW SUCH DEBT ARE NOT ENFORCEABLE. TO PROTECT BORROWER(S) AND LENDER FROM MISUNDERSTANDING OR DISAPPOINTMENT, ANY AGREEMENTS THE BORROWER AND LENDER REACH COVERING SUCH MATTERS ARE CONTAINED IN THIS WRITING, WHICH IS THE COMPLETE AND EXCLUSIVE STATEMENT OF THE AGREEMENT BETWEEN THE BORROWER AND LENDER, EXCEPT AS THEY MAY LATER AGREE IN WRITING TO MODIFY IT.

*Kansas Residents*: This written credit agreement is a final expression of the credit agreement between the Lender and Borrower. This written credit agreement may not be contradicted by evidence of any prior oral credit agreement or of a contemporaneous oral credit agreement. Borrower's obligation for attorneys' fees will be limited to fifteen percent (15%) of the amount due and payable on this Note when Lender refers this Note to an attorney, who is not Lender's salaried employee, for collection. Borrower will not be charged for collection agency fees.

22

EXHIBIT A

DocuSign Envelope ID: 38D4BB4E-C3EB-4925-A694-13832F9F5191

THIS IS A COPY
The review or printing of authoritative Copy held
by the designated custodian

## LOAN AGREEMENT AND PROMISSORY NOTE

**NOTICE TO CONSUMER: 1. Do not sign this agreement before you read it. 2. You are entitled to a copy of this agreement. 3. You may prepay the unpaid balance at any time without penalty.**

*Louisiana Residents:* Borrower's obligation for attorneys' fees will be limited to 25% of the amount due and payable on this Note after default and referral to an attorney for collection.

*Maine, New York, Rhode Island and Vermont Residents*: A consumer report (credit report) may be obtained from a consumer-reporting agency (credit bureau) in connection with this Loan. If Borrower requests, (1) Borrower will be informed whether or not consumer reports were obtained, and (2) if reports were obtained, Borrower will be informed of the names and addresses of the credit bureaus that furnished the reports. If Lender agrees to make this Loan to Borrower, a consumer credit report may be requested or used in connection with renewals or extensions of any credit for which Borrower has applied, reviewing Borrower's Loan, taking collection action on the Loan, or legitimate purposes associated with the Loan.

*Maryland Residents*: Lender and Borrower have agreed that this Note is governed by federal law and the laws of New Jersey without regard to conflict of laws rules; if any court should nevertheless determine that this Note is subject to Maryland laws concerning credit, then only to the extent that Maryland law applies, Lender and Borrower agree and elect that this Agreement is made under and governed by Subtitle 10, Credit Grantor Closed End Credit Provisions, of Title 123 of the Commercial Law Article of the Annotated Code of Maryland, except as preempted by federal law. Lender may repossess the Collateral with or without resort to legal process.

The Maryland recordation tax required by law in the amount of  has been paid or will be paid directly to the applicable Maryland County office. **The Maryland recordation tax will be paid only if the Residence is in Maryland.**

*Massachusetts Residents*: Massachusetts law prohibits discrimination based upon marital status or sexual orientation.  If this Note is secured by a non-possessory interest in consumer goods, the Events of Default Section of this Note provision is enforceable only to the extent that the default is material and consists of a failure to make one (1) or more payments as required by the Note or the occurrence of an event that substantially impairs the value of the collateral.

If Borrower attempts to make a payment, whether by automated withdrawal from Borrower's designated account or by other means, and the payment cannot be made due to (i) insufficient funds in Borrower's account, (ii) the closure, change or inaccessibility of Borrower's account without Borrower having notified Lender as provided in Paragraph 8, or (iii) for any other reason (other than an error by Lender), Borrower will pay Lender an additional fee of $10 for each returned or failed automated withdrawal or other item, unless prohibited by applicable law. Borrower will pay this fee when it is assessed.

*Mississippi*: We will apply payments first to accrued but unpaid interest, then to the unpaid balance of the Amount Financed, then to outstanding charges.

**EXHIBIT A**

DocuSign Envelope ID: 38D4B84E-C95B-4925-A691-12B22F9F5194

THIS IS A COPY
The view or printout is not the authoritative Copy held by the designated custodian

## LOAN AGREEMENT AND PROMISSORY NOTE

*Missouri Residents*: **Oral agreements or commitments to loan money, extend credit or forbear from enforcing repayment or debt including promises to extend or renew such debt are not enforceable. To protect Borrower(s) and Lender from misunderstanding or disappointment, any agreements the parties reach covering such matters are contained in this writing, which is the complete and exclusive statement of the agreement between the Borrower and Lender, except as they may later agree in writing to modify it.**

*Nebraska Residents*: A credit agreement must be in writing to be enforceable under Nebraska law. To protect Borrower and Lender from any misunderstandings or disappointments, any contract, promise, undertaking, or offer to forebear repayment of money or to make any other financial accommodation in connection with this Loan, or any amendment of, cancellation of, waiver of, or substitution for any or all of the terms or provisions of any instrument or document executed in connection with this Loan, must be in writing to be effective.

*New Hampshire Residents*: If Lender refers this Note to an attorney for collection, Borrower agrees to pay Lender's reasonable attorneys' fees. However, if Borrower prevails in (1) any action, suit, or proceeding Lender brings, or (2) an action brought by Borrower in connection with this Note, reasonable attorneys' fees shall be paid to Borrower. If Borrower successfully asserts a partial defense or setoff, recoupment, or counterclaim to an action brought by Lender, the court may withhold from Lender the entire amount or such portion of the attorneys' fees as the court considers equitable.

*New Jersey Residents*: The section headings of this Agreement are not contract terms. Borrower agrees to pay Lender's reasonable attorney's fees, up to twenty percent (20%) of outstanding principal and interest, paid in the collection of this Note to an attorney who is not Lender's employee. No provision of this Note is void, unenforceable or inapplicable by virtue of language to the effect that such provision only applies to the extent permitted (or not prohibited) by applicable law.

*North Carolina Residents*: Borrower agrees to pay Lender's reasonable attorney's fees up to fifteen percent (15%) of the outstanding balance owing on the Note.

*Ohio Residents*: The Ohio laws against discrimination require that all creditors make credit equally available to all credit worthy customers, and that credit reporting agencies maintain separate credit histories on each individual upon request. The Ohio Civil Rights Commission administers compliance with this law.  Borrower will not be required to pay attorneys' fees.

*Oklahoma*: Borrower agrees to pay Lender's reasonable attorney's fees, not in excess of fifteen percent (15%) of the unpaid debt, after default and referral to an attorney not a salaried employee of the Lender.

*South Carolina Residents:* Borrower's obligation for attorneys' fees will not exceed fifteen percent (15%) of the outstanding principal and interest under this Note.

24

**EXHIBIT A**

THIS IS A COPY

The review of copy of authoritative Copy held by the designated custodian

## LOAN AGREEMENT AND PROMISSORY NOTE

*South Dakota Residents*: Any improprieties in making the Loan or in loan practices may be referred to the Division of Banking, South Dakota Department of Labor and Regulation, 1601 N. Harrison Avenue, Suite 1, Pierre, South Dakota, 57501; Phone: (605) 773-3421.

*Tennessee Residents:*  Maximum principal indebtedness for Tennessee recording tax purposes is $112.70. **The Tennessee recordation tax will be paid only if the Residence is in Tennessee.**

*Utah Residents*: This Agreement is the final expression of the agreement between Borrower and Lender and it may not be contradicted by evidence of an alleged oral agreement.  As required by Utah law, Borrower is hereby notified that a negative credit report reflecting on his/her credit record may be submitted to a credit reporting agency if Borrower fails to fulfill the terms of his/her credit obligations.

> *VERMONT RESIDENTS - NOTICE TO CO-SIGNER: YOUR SIGNATURE ON THIS NOTE MEANS THAT YOU ARE EQUALLY LIABLE FOR REPAYMENT OF THIS LOAN. IF THE BORROWER DOES NOT PAY, THE LENDER HAS A LEGAL RIGHT TO COLLECT FROM YOU.*
>
> *Lender is engaged in loan production. EACH BORROWER SHOULD RETAIN A COPY FOR HIS/HER RECORDS.*

*Washington Residents*: ORAL AGREEMENTS OR ORAL COMMITMENTS TO LOAN MONEY, EXTEND CREDIT, OR TO FORBEAR FROM ENFORCING REPAYMENT OF A DEBT ARE NOT ENFORCEABLE UNDER WASHINGTON LAW.

*West Virginia.* **You will not be required to pay attorneys' fees or collection costs as a result of a default under this Note.**

*Wisconsin (if the Amount Financed in the TILA DISCLOSURES is $25,000 or less):* You will only be in default if: (1) you have outstanding an amount exceeding one full payment due under this Note that remains unpaid for more than 10 days after its due date; (2) you fail to pay the first payment or the last payment due under this Note within 40 days of its due date; or (3) you fail to perform or violate any term of this Note the breach of which materially impairs your ability to pay amounts due under the Note or materially impairs the condition, value or protection of or our right in the Collateral.

*Wisconsin Residents*: Borrower will not be required to pay attorney's fees. Borrower's signature on this Note confirms that this loan obligation is being incurred in the interest of Borrower's marriage or family. No provision of any marital property agreement (pre-marital agreement), unilateral statement under Section 766.59, Wisconsin Statutes, or court decree under Section 766.70, Wisconsin Statutes, adversely affects the interest of the Lender unless the Lender, prior to the time that the loan is approved, is furnished with a copy of the agreement, statement, or decree or has actual knowledge of the adverse provision when the obligation to the Lender is incurred. Borrower's spouse has actual knowledge that this credit is being extended to Borrower.  Borrower agrees to furnish his/her spouse's name and address to Lender at **Cross River Bank, c/o Sunlight Financial LLC, at 101 N Tryon St, Suite 1000, Charlotte, NC 28246.**

DocuSign Envelope ID: 2320BB4E-C3EE-492B-A694-12222F9F5184

THIS IS A COPY
This is a view of the authoritative Copy held by the designated custodian

**LOAN AGREEMENT AND PROMISSORY NOTE**

> **MARRIED WISCONSIN RESIDENTS MUST FURNISH THEIR NAME AND THEIR SPOUSE'S NAME AND ADDRESS TO CROSS RIVER BANK, C/O CROSS RIVER BANK, C/O SUNLIGHT FINANCIAL LLC, 101 N TRYON STREET, SUITE 1000, CHARLOTTE, NC 28246**.

By signing below on the Signature Page, Borrower acknowledges that he/she has received and read the Note and he/she accepts all of the terms and conditions of the Note.

Borrower agrees to keep a copy of this Note and a copy of the Disclosure Statement for his/her own future reference.



26
EXHIBIT A

THIS IS A COPY
The original review copy is an imitative Copy held by the designated custodian

## LOAN AGREEMENT AND PROMISSORY NOTE
### SIGNATURE PAGE

CAUTION – IT IS IMPORTANT TO THOROUGHLY READ THE CONTRACT BEFORE SIGNING IT. THE TERMS OF THIS AGREEMENT SHOULD BE READ CAREFULLY BECAUSE ONLY THOSE TERMS IN WRITING ARE ENFORCEABLE. NO OTHER TERMS OR ORAL PROMISES NOT CONTAINED IN THIS WRITTEN CONTRACT MAY BE LEGALLY ENFORCED. THE PARTIES MAY CHANGE THE TERMS OF THIS AGREEMENT ONLY BY ANOTHER WRITTEN AGREEMENT.

NOTICES TO BORROWER: (For purposes of the following notice, the word "you" refers to the Borrower.)

1. DO NOT SIGN THIS BEFORE YOU READ THE NOTE EVEN IF OTHERWISE ADVISED.

2. DO NOT SIGN THIS IF IT CONTAINS ANY BLANK SPACES.

3. YOU ARE ENTITLED TO AN EXACT COPY OF ANY AGREEMENT YOU SIGN, INCLUDING THIS NOTE. KEEP COPIES TO PROTECT YOUR LEGAL RIGHTS.

4. YOU HAVE THE RIGHT AT ANY TIME TO PAY IN ADVANCE THE UNPAID BALANCE UNDER THIS AGREEMENT AND YOU MAY BE ENTITLED TO A PARTIAL REFUND OF THE FINANCE CHARGE TO THE EXTENT REQUIRED BY APPLICABLE LAW.

5. YOU, THE BORROWER, MAY CANCEL THIS TRANSACTION AT ANY TIME PRIOR TO MIDNIGHT OF THE THIRD BUSINESS DAY AFTER THE DATE OF THIS TRANSACTION. SEE THE ATTACHED NOTICE OF CANCELLATION FORM FOR AN EXPLANATION OF THIS RIGHT.

6. THE ARBITRATION PROVISION (SET FORTH HEREIN) WILL HAVE A SUBSTANTIAL IMPACT ON YOUR RIGHTS IN THE EVENT OF A DISPUTE BETWEEN YOU AND LENDER OR BETWEEN YOU AND CONTRACTOR. FOR EXAMPLE, LENDER MAY REQUIRE YOU TO ARBITRATE ANY CLAIM YOU INITIATE. IF SO, YOU WILL NOT HAVE THE RIGHT TO A JURY TRIAL OR THE RIGHT TO PARTICIPATE IN A CLASS ACTION IN COURT OR IN ARBITRATION.

7. IT SHALL NOT BE LEGAL FOR THE CONTRACTOR OR LENDER TO ENTER YOUR PREMISES UNLAWFULLY OR COMMIT ANY BREACH OF THE PEACE TO REPOSSESS GOODS PURCHASED UNDER THIS AGREEMENT.

27
EXHIBIT A

DocuSign Envelope ID:

THIS IS A COPY
The electronic review of the Authoritative Copy held
by the designated custodian

## LOAN AGREEMENT AND PROMISSORY NOTE

### NOTICE OF CANCELLATION

6/9/2022 | 1:36 PM PDT

_____
(date)

You may **CANCEL** this transaction, without any Penalty or Obligation, within **THREE BUSINESS DAYS** from the above date.

If you cancel, any property traded in, any payments made by you under the contract or sale, and any negotiable instrument executed by you will be returned within **TEN DAYS** following receipt by the seller of your cancellation notice, and any security interest arising out of the transaction will be cancelled.

If you cancel, you must make available to the seller at your residence, in substantially as good condition as when received, any goods delivered to you under this contract or sale, or you may, if you wish, comply with the instructions of the seller regarding the return shipment of the goods at the seller's expense and risk.

If you do make the goods available to the seller and the seller does not pick them up within 20 days of the date of your Notice of Cancellation, you may retain or dispose of the goods without any further obligation. If you fail to make the goods available to the seller, or if you agree to return the goods to the seller and fail to do so, then you remain liable for performance of all obligations under the contract.

To cancel this transaction, please send an email to rescissions@sunlightfinancial.com with a signed and dated copy of this Cancellation Notice OR send a signed and dated copy of this Cancellation Notice to **Cross River Bank, c/o Sunlight Financial LLC, 101 N. Tryon St., Suite 1000, Charlotte, NC 28246**, NO LATER THAN MIDNIGHT OF THE THIRD BUSINESS DAY FROM THE DATE ABOVE.

 I HEREBY CANCEL THIS TRANSACTION.

_____        _____
(Date)                          (Borrower's Signature)

19

28

**EXHIBIT A**

DocuSign Envelope ID: 3B50BB4E-C35F-4635-A894-12832F9F5194

THIS IS A COPY
The original or certified authoritative Copy held by the designated custodian

## LOAN AGREEMENT AND PROMISSORY NOTE

### NOTICE OF CANCELLATION

6/9/2022 | 1:36 PM PDT
_____
(date)

You may **CANCEL** this transaction, without any Penalty or Obligation, within **THREE BUSINESS DAYS** from the above date.

If you cancel, any property traded in, any payments made by you under the contract or sale, and any negotiable instrument executed by you will be returned within **TEN DAYS** following receipt by the seller of your cancellation notice, and any security interest arising out of the transaction will be cancelled.

If you cancel, you must make available to the seller at your residence, in substantially as good condition as when received, any goods delivered to you under this contract or sale, or you may, if you wish, comply with the instructions of the seller regarding the return shipment of the goods at the seller's expense and risk.

If you do make the goods available to the seller and the seller does not pick them up within 20 days of the date of your Notice of Cancellation, you may retain or dispose of the goods without any further obligation. If you fail to make the goods available to the seller, or if you agree to return the goods to the seller and fail to do so, then you remain liable for performance of all obligations under the contract.

To cancel this transaction, please send an email to rescissions@sunlightfinancial.com with a signed and dated copy of this Cancellation Notice OR send a signed and dated copy of this Cancellation Notice to <u>Cross River Bank, c/o Sunlight Financial LLC, 101 N. Tryon St., Suite 1000, Charlotte, NC 28246</u>, NO LATER THAN MIDNIGHT OF THE THIRD BUSINESS DAY FROM THE DATE ABOVE.

 I HEREBY CANCEL THIS TRANSACTION.

_____    _____
(Date)                                        (Borrower's Signature)

DocuSign Envelope ID: 3804B34E-C3EE-492B-A69A-49332F9F519A

THIS IS A COPY
The on-line view or print of this Authoritative Copy held by the designated custodian

## LOAN AGREEMENT AND PROMISSORY NOTE

---

### NOTICE TO CO-SIGNER (Traducción al Inglés Requerida Por Ley)

You are being asked to guarantee this debt. Think carefully before you do. If the Borrower doesn't pay the debt, you will have to. Be sure you can afford to pay if you have to, and that you want to accept this responsibility.

You may have to pay up to the full amount of the debt if the Borrower does not pay. You may also have to pay late fees or collection costs, which increase this amount.

The Lender can collect this debt from you without first trying to collect from the Borrower. The Lender can use the same collection methods against you that can be used against the Borrower, such as suing you, garnishing your wages, etc. If this debt is ever in default, that fact may become a part of *your* credit record.

This notice is not the contract that makes you liable for the debt.

---

### AVISO AL COSIGNATARIO (Spanish Translation Required By Law)

Se le está pidiendo que garantice esta deuda. Piénselo cuidadosamente antes de hacerlo. Si el Prestatario no paga la deuda, usted tendrá que hacerlo. Asegúrese de que podrá pagar si tiene que hacerlo y de que usted desea aceptar esta responsabilidad.

Si el Prestatario no paga la deuda, es posible que usted tenga que pagar el monto total de la deuda. También es posible que tenga que pagar cargos por pago atrasado o costos de cobro, lo cual aumenta este monto.

El Prestamista puede cobrarle a usted esta deuda sin tratar primero de cobrarle al Prestatario. El Prestamista podrá utilizar los mismos métodos de cobranza contra usted que pueden ser utilizados contra el Prestatario, como demandarlo, embargar su salario, etc. Si esta deuda en algún momento estuviera en incumplimiento, ese hecho puede formar parte de su historial de crédito.

Este aviso no es el contrato que lo hace a usted responsable de la deuda.

---

| IF YOU ARE A CO-BORROWER WHO DOES NOT RESIDE AT THE RESIDENCE, YOU ACKNOWLEDGE THAT, BEFORE SIGNING THE NOTE, YOU RECEIVED THIS NOTICE TO CO-SIGNER. | SI USTED ES UN CO-PRESTATARIO QUE NO RESIDE EN LA RESIDENCIA, USTED RECONOCE QUE, ANTES DE FIRMAR EL PAGARÉ, USTED RECIBIÓ ESTE AVISO AL COSIGNATARIO. |
|---|---|

Co-Borrower:                       Signed Date:

_____       _____

30
**EXHIBIT A**

THIS IS A COPY

The review of this authoritative Copy held by the designated custodian

## LOAN AGREEMENT AND PROMISSORY NOTE

**NOTICE TO CO-SIGNER**

(for each Co-Borrower who does not reside at the Residence identified in the Note described below)

As the Co-Borrower, you agree to pay the debt identified below although you may not personally receive any property, services, or money. You may be sued for payment although the person who receives the property, services, or money is able to pay. You should know that the Total of Payments listed below does not include finance charges resulting from delinquency, late charges, repossession or foreclosure costs, court costs or attorney's fees, or other charges that may be stated in the Loan. You will also have to pay some or all of these costs and charges if the Loan, the payment of which you are guaranteeing, requires the Borrower to pay such costs and charges. If this debt is ever in default, that fact may become a part of your credit record.

This notice is not the Loan, contract, or other writing that obligates you to pay the debt. Read that writing for the exact terms of your obligation.

### IDENTIFICATION OF DEBT(S) YOU MAY HAVE TO PAY

_____

*(Name of Co-Borrower)*

_____

*(Name of Lender)*

_____

*(Date)*

_____    _____

*(Kind of Debt)*                                   *(Total of Payments)*

By signing below, you acknowledge that you have received a completed copy of this notice and of each writing that obligates you as the Co-Borrower or the Borrower on this debt.

Co-borrower:    _____

               Signature                          Signed Date

Co-borrower:    _____

               Signature                          Signed Date

31

**EXHIBIT A**

DocuSign Envelope ID: 3BD0BB4E-C3EB-492B-A894-12B32F9E5104

THIS IS A COPY
This is a view of the Authoritative Copy held by the designated custodian

## LOAN AGREEMENT AND PROMISSORY NOTE

DOCUSIGN

By accepting below, you agree to the terms of this Note, including the additional terms and conditions identified in the application relating to Electronic Transactions and Disclosures and the arbitration provision incorporated therein.  By considering your application for the Loan, we agree to the terms of this Note.

Borrower 1:

X          I accept these Terms and Conditions on   6/9/2022 | 1:36 PM PDT

32

EXHIBIT A

**DocuSign**

**Certificate Of Completion**

| | | |
|---|---|---|
| Envelope Id: 28D0BB4EC3EB492BA69110322F9F9194 | | Status: Completed |
| Subject: Documents for your DocuSign Signature | | |
| Source Envelope: | | |
| Document Pages: 32 | Signatures: 0 | Envelope Originator: |
| Certificate Pages: 5 | Initials: 0 | Sunlight Financial |
| AutoNav: Enabled | | 400 Frank W. Burr Boulevard, Suite 37 |
| EnvelopeId Stamping: Enabled | | Suite 1000 |
| Time Zone: (UTC–05:00) Eastern Time (US & Canada) | | Teaneck, NJ  07666 |
| | | no_reply@sunlightfinancial.com |
| | | IP Address: 64.207.219.7 |

**Record Tracking**

| | | |
|---|---|---|
| Status: Original | Holder: Sunlight Financial | Location: DocuSign |
| 6/9/2022 1:00:05 PM | no_reply@sunlightfinancial.com | |
| Status: Authoritative Copy (1 of 1 documents) | Holder: Sunlight Financial | Location: DocuSign |
| 6/9/2022 4:36:09 PM | no_reply@sunlightfinancial.com | |
| Status: Receipt Confirmed | Holder: Sunlight Financial | Location: Sunlight Financial |
| 6/9/2022 4:36:37 PM | no_reply@sunlightfinancial.com | |

| Signer Events | Signature | Timestamp |
|---|---|---|
| Anthony Emberger | **Completed** | Sent: 6/9/2022 1:00:06 PM |
| a.w.emberger@gmail.com | | Resent: 6/9/2022 1:00:40 PM |
| Security Level: Email, Account Authentication (None), Access Code, Authentication | Signed by link sent to a.w.emberger@gmail.com | Viewed: 6/9/2022 4:30:10 PM |
| | Using IP Address: 192.109.205.236 | Signed: 6/9/2022 4:36:08 PM |

**Authentication Details**
ID Check:
    Transaction: 31016352450415
    Result: failed
    Vendor ID: LexisNexis
    Type: iAuth
    Recipient Name Provided by: Recipient
    Information Provided for ID Check: Address
    Performed: 6/9/2022 4:17:07 PM
**Electronic Record and Signature Disclosure:**
    Accepted: 6/9/2022 4:30:10 PM
    ID: 1a0c9619-2716-4708-81d7-cce4bb913c24

| In Person Signer Events | Signature | Timestamp |
|---|---|---|

| Editor Delivery Events | Status | Timestamp |
|---|---|---|

| Agent Delivery Events | Status | Timestamp |
|---|---|---|

| Intermediary Delivery Events | Status | Timestamp |
|---|---|---|

| Certified Delivery Events | Status | Timestamp |
|---|---|---|

| Carbon Copy Events | Status | Timestamp |
|---|---|---|

| Witness Events | Signature | Timestamp |
|---|---|---|

| Notary Events | Signature | Timestamp |
|---|---|---|

| Envelope Summary Events | Status | Timestamps |
|---|---|---|

33

**EXHIBIT A**

| Envelope Summary Events | Status | Timestamps |
|---|---|---|
| Envelope Sent | Hashed/Encrypted | 6/9/2022 1:00:06 PM |
| Certified Delivered | Security Checked | 6/9/2022 4:30:10 PM |
| Signing Complete | Security Checked | 6/9/2022 4:36:08 PM |
| Completed | Security Checked | 6/9/2022 4:36:08 PM |

| Payment Events | Status | Timestamps |
|---|---|---|

**Electronic Record and Signature Disclosure**

EXHIBIT A

## CONSENT TO ELECTRONIC RECEIPT AND/OR EXECUTION OF CERTAIN CONTRACTS AND RELATED NOTICES AND DISCLOSURES

You are considering the purchase of a residential solar energy system or the completion of a home improvement project (the "Project"). The installation company or contractor for the Project ("Contractor") and the lender or lenders who may finance your Project ("Lender(s)") and Sunlight Financial, LLC ("Sunlight") and any agents of the Contractor, Lender an Sunlight would like to provide you with the necessary contracts and other documents relating to your account, including but not limited to notices, periodic payment statements, and payment authorizations (together, "Documents") and have you execute or acknowledge receipt of Documents electronically. The Documents covered by this Consent are described in more detail under the caption "Scope of Consent" below. By electronically signing this Consent, you agree to receive and sign Documents electronically, as provided in this Consent. The Documents may be emailed to you directly or through DocuSign, Inc. ("DocuSign") or another company. As used in this Consent, references to "we," "us," and "our" refer to Contractor, Lender(s), Sunlight, DocuSign, any other company used to send you Documents and any assignee of their rights.

Please read the information below and, if you agree to the terms of this Consent, confirm your agreement by checking the box labeled "I agree to use electronic records and signatures" and clicking the box reading CONTINUE. This Consent will become effective once you take these actions and you subsequently sign electronically any Document we email you. (Your electronic signature on such Document will serve as a reasonable demonstration of your ability to read Documents emailed to you.)

### Getting paper copies

You do not need to execute this Consent in order to enter into a home improvement contract ("HIC") with Contractor or to obtain a loan or loans from Lender(s) ("Loan(s)"). Instead, you may have the HIC, and the loan agreement and promissory note evidencing any Loan ("Note"), provided to you in paper format. Also, by following the procedure described below, at any time you may obtain from us, without charge, a paper copy of any Document we email you and/or any Document you execute electronically. (You will also have the ability to download and print Documents we email you for execution through the DocuSign system during and immediately after the signing session and, if you elect to create a DocuSign signer account, you may access them for a limited period of time (usually 30 days) after such Documents are first sent to you.)

### Scope of Consent

This Consent applies to the HIC; the Loan or any related Note; any application for a HIC or Loan; any approval, adverse action, risk-based pricing or credit score notice in connection with your Application; any documents relating to the application, funding or servicing of the Loan, including but not limited to periodic statements, payment authorizations, and default notices; and any related Documents we provide you. If you electronically sign this Consent, we may send any Document to you electronically. However, we may instead send you any Document in paper format if we choose.

EXHIBIT A

**Withdrawing your consent**

If you initially consent to receipt of Documents from us by email, you may at any time change your mind and tell us that thereafter you want to receive Documents in paper format only. To do so, you may: (1) decline to sign a Document from within your DocuSign session, and on the subsequent page select the check-box indicating you wish to withdraw your consent to receipt of Documents by email; or (2) send us an email to support@sunlightfinancial.com setting forth in the body of the email your email address, full name, mailing address, phone number and request to receive paper Documents rather than emailed Documents. If you initially elect to receive Documents in paper and not by email, your election may delay the execution of certain Documents and/or delivery of certain Documents. The same is true if you withdraw your consent to receive the Documents by email before you receive, sign and deliver the HIC and/or Note(s). However, we do not believe that a decision to execute and receive Documents in paper form will materially delay the completion of your Project or have any other material consequences.

**To update your email address**

You agree that we may send emails to you at the email address you have provided to us. To let us know of a change in your email address, you should send an email message to support@sunlightfinancial.com, setting forth in the body of the email your previous and new email addresses, full name, mailing address and phone number. In addition, if you create a DocuSign account and wish to change the login from your old email address to your new email address, you should log in to your DocuSign account and follow the online directions to change your email address in the DocuSign system.

**To obtain paper copies of Documents**

To obtain paper copies of any or all Documents previously provided to you by email or electronically executed, you must send us an email to support@sunlightfinancial.com, setting forth in the body your email address, full name, mailing address, phone number and request to receive specified Documents or all Documents previously provided by email or executed electronically.

**Minimum required hardware and software for receipt and retention of Documents by email**

To access the Documents by email, you must have a personal computer or device with the following software and settings:

| | |
|---|---|
| Operating System: | Windows 2000, Windows XP, Windows Vista; Mac OS X, iOS 9.0 or above, Android 5.0 or above |
| Browsers: | Final release versions of Internet Explorer 6.0 or above (Windows only); Mozilla Firefox 2.0 or above (Windows and Mac); SafariTM 3.0 or above (Mac only), Google Chrome, Microsoft Edge, Safari |
| Email Program: | Any standard email program (e.g., Microsoft Outlook, Gmail; AOL) |

EXHIBIT A

| PDF Reader: | Acrobat or similar software may be required to view and print PDF files |
| Screen Resolution: | 800 x 600 minimum |
| Enabled Security Settings: | Allow per session cookies |

Separate from any consent you have may have given the Company to contact you with marketing messages or communications, you agree that the Company may try to contact you about your application and/or account in writing, by email, or using prerecorded/artificial voice messages, SMS/text messages, and automatic telephone dialing systems, as the law allows. You also agree that the Company may try to contact you in those and in other ways at any address or telephone number you provide us or the Company discovers, even if the telephone number is a cell phone number or the contact results in a charge to you. You also agree to inform the Company if the telephone number you provided as part of the application changes.

In order to store or print the Documents, you need to have a printer connected to your computer or other device or you need to have a hard drive, disk drive or cloud-based document storage system.

These minimum requirements are subject to change. If these requirements change in a manner that creates a material risk that you will not be able to access or retain Documents by email, you will be sent a new Consent to execute or we will provide any subsequent Documents in paper format. Pre-release (e.g., beta) versions of operating systems and browsers are not supported.

By checking the box labeled "I agree to use electronic records and disclosures" and clicking the box reading CONTINUE, and/or by subsequently signing electronically any Document we send you, you confirm that you can access and read this Consent and you agree to receive Documents by email and to use the system we make available for the electronic execution of Documents.

37

**EXHIBIT A**